# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eberline Oilfield Service, Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Chad Eberline and All in One Oil Field Services, Inc., | ) Case No. 1:18-cv-245 |
| Defendants. | ) |

Before the court is a Stipulation for Third Amended Scheduling/Discovery Plan (Doc. No. 61) filed by the parties on January 26, 2022. The court **ADOPTS** the parties' stipulation (Doc. No. 61) and amends the pretrial deadlines as follows:

1, The parties shall make their Rule 26(a)(1) disclosures by April 9, 2022, and will supplement disclosures as new information becomes available.

2. The parties shall have until May 30, 2023, to complete fact discovery and to file discovery motions.

3. The parties shall provide the names of expert witnesses and compete reports under Rule 26(a)(2) as follows:

   a. Plaintiff by June 15, 2023; and

   b. Defendants by July 15, 2023.

4. The parties shall have until September 1, 2023, to compete discovery depositions of expert witnesses.

5. The parties shall have until October 16, 2022, to move to join additional parties.

6. The parties shall have until October 16, 2022, to move to amend pleadings to add

1

claims or defenses.

7. The parties shall have until April 1, 2023, to file other non-dispositive motions.

8. The parties shall have until April 1, 2023, to file threshold motions. Discovery shall not be stayed during the pendency of such motions.

9. The parties shall have until August 1, 2023, to file other dispositive motions.

10. Depositions taken for presentation at trial shall be completed 60 days before trial. The court shall, on its own motion, reschedule the final pretrial conference and trial to ensure that it has sufficient to address any dispositive motions that may be filed. Accordingly, the final pretrial conference set for October 12, 2023, shall be rescheduled November 21, 2023, at 9:00 AM by telephone. To participate, the parties are to call (877) 810-9415 and enter access code 8992581. The jury trial scheduled for October 30, 2023, shall be rescheduled for December 4, 2023, at 9:00 AM in Bismarck before Judge Traynor (courtroom 1, 7 days).

**IT IS SO ORDERED.**

Dated this 27th day of January, 2022.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court